UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JIAHE ZHOU,                                                             :
:
                  Plaintiff,                                :
:     23-CV-7130 (JMF)
       -v-                                                           :
:     ORDER
UR MENDOZA JADDOU, *Director, U.S. Citizenship*          :
*and Immigration Services*, et al.,                                     :
:
                  Defendants.                               :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As discussed on the record during the November 2, 2023 telephone conference:

- Per the Court's October 26, 2023 Order, ECF No. 18, the Government's deadline to respond to the Complaint is and remains **December 7, 2023**.

- Any motion for summary judgment shall be filed no later than **January 12, 2024**. Any opposition thereto shall be filed by January 26, 2024, and any reply shall be filed by February 2, 2024. Should the parties jointly agree to seek any alterations to that briefing schedule, they shall submit a letter motion to the Court.

     SO ORDERED.

Dated: November 2, 2023
       New York, New York
                                                       JESSE M. FURMAN
                                                United States District Judge